# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 13-3789

———————————————

James P. Kenefick

*Plaintiff - Appellant*

v.

Francis Howell School District; Eric Pavia; Mike Deters

*Defendants - Appellees*

——————————

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

——————————

Submitted: July 28, 2014
Filed: July 31, 2014
[Unpublished]

——————————

Before BYE, SMITH, and KELLY, Circuit Judges.

——————————

PER CURIAM.

James Kenefick appeals the district court's[1] order dismissing his civil complaint upon a Federal Rule of Civil Procedure 12(b)(6) motion. Upon careful de novo review, see Minn. Majority v. Mansky, 708 F.3d 1051, 1055 (8th Cir.) (standard of review), cert. denied, 134 S. Ct. 824 (2013), we agree with the district court that Kenefick failed to state a facially plausible claim, see Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009). Accordingly, we affirm. See 8th Cir. R. 47B.

---

[1]The Honorable Terry I. Adelman, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).